# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3947
Lower Tribunal No. 2022SC000211

_____

DENNIS LONG,

Appellant,

v.

SGT. B. ROWE,

Appellee.

_____

Appeal from the County Court for Hardee County.
David N. Horton, Judge.

August 13, 2024

PER CURIAM.

   AFFIRMED.

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Dennis Long, Jacksonville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessica Schwieterman, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED